IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 4:16-cr-0434-AKK |
| | ) |
| JOSE CERVANTEZ GALLEGOS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The court has for consideration Defendant's motion to suppress, doc. 12, and motion to quash the indictment, doc. 13. The magistrate judge filed a report on April 13, 2017, recommending that the court deny Defendant's motions. *See* doc. 31. The Defendant filed no objections. Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and hereby is **ADOPTED** and his recommendation is **ACCEPTED**. It is therefore **ORDERED** that Defendant's motion to suppress, doc. 12, and motion to quash, doc. 13, are **DENIED.**

Done this the 31st day of May 2017.

_____
ABDUL K. KALLON
UNITED STATES DISTRICT JUDGE